DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RYAN SCOTT DUDLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0172

_____

September 26, 2025

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Blair Allen, Public Defender, and Robert D. Rosen, Assistant Public Defender, Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

     Affirmed.

SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.